# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150678-80(122)

SS as Next Friend of Minor LM, DS as Next,
Friend of Minor SD, MJ as Next Friend of
Minor MS, DC as Next Friend of Minor LB,
TF as Next Friend of Minors DF, ID, and FC,
and LH as Next Friend of Minor CM,
          Plaintiffs-Appellants,

v

STATE OF MICHIGAN, STATE BOARD OF
EDUCATION, DEPARTMENT OF
EDUCATION, and STATE SUPERINTENDENT
OF PUBLIC INSTRUCTION,
          Defendants-Appellees,
and

HIGHLAND PARK SCHOOL DISTRICT,
HIGHLAND PARK SCHOOL DISTRICT
EMERGENCY MANAGER, HIGHLAND PARK
PUBLIC SCHOOL ACADEMY SYSTEM, and
LEONA GROUP, LLC,
          Defendants.
_____/

SC: 150678, 150679
COA: 317071, 317072
Wayne CC: 12-009231-CZ

SS as Next Friend of Minor LM, DS as Next,
Friend of Minor SD, MJ as Next Friend of
Minor MS, DC as Next Friend of Minor LB,
TF as Next Friend of Minors DF, ID, and FC,
and LH as Next Friend of Minor CM,
          Plaintiffs-Appellants,

v

SC: 150680
COA: 317073
Wayne CC: 12-009231-CZ

STATE OF MICHIGAN, STATE BOARD OF
EDUCATION, DEPARTMENT OF
EDUCATION, STATE SUPERINTENDENT
OF PUBLIC INSTRUCTION, HIGHLAND PARK
PUBLIC SCHOOL ACADEMY SYSTEM, and
LEONA GROUP, LLC,
             Defendants,
and

HIGHLAND PARK SCHOOL DISTRICT and
HIGHLAND PARK SCHOOL DISTRICT
EMERGENCY MANAGER,
             Defendants-Appellees.
_____/

       On order of the Chief Justice, the motion for the temporary admission of Steven D. Guggenheim to practice pro hac vice in these cases under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2015          

                                      Clerk